Virginia A. HAYES, Appellant,

v.

CITY OF OMAHA; Paul Kratz; David Smalheiser; Rich Cerveny; Par 3; Dean Jenson; Clark Jenson; American Family Insurance; Gale McKenna; Buster Brown, City Clerk; Joe Mangiamelli, Major's Assistant; Omaha Police Department; L. Schenkelberg; Tony Costa, Contract Compliance Office, Human Relations Department; Larry Foster, Director, Parks and Recreation Department (Forestry); Rita Vlademar, Contract Compliance Officer, Human Relations Department, Appellees.

No. 01–3108.

United States Court of Appeals, Eighth Circuit.

Submitted March 22, 2002.

Filed March 27, 2002.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Virginia A. Hayes appeals from the district court's [1] dismissal without prejudice

---

1. The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska, adopting the report and recommendations of the Honorable David L. Piester, United States Magistrate Judge for the District of Nebraska.

of her civil action against numerous defendants. Following our de novo review, and liberally construing Ms. Hayes's pleadings, we conclude she has failed to state a claim upon which relief may be granted in federal court. *See* Fed.R.Civ.P. 12(b)(6); *Haines v. Kerner,* 404 U.S. 519, 520, 92 S.Ct. 594, 30 L.Ed.2d 652 (1972) (per curiam); *Hanten v. Sch. Dist. of Riverview Gardens,* 183 F.3d 799, 805 (8th Cir.1999). We also conclude the district court did not abuse its discretion by dismissing Ms. Hayes's complaint for her noncompliance with pleading requirements. *See* Fed. R.Civ.P. 8(a); *Atkins v. Northwest Airlines, Inc.,* 967 F.2d 1197, 1203 (8th Cir. 1992).

Accordingly, we affirm. *See* 8th Cir. R. 47B.